AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA  McCartney and Ashenfelter )          USAO CW No. 26-084

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 26-mj-1270 |
| | ) | |
| | ) | |
| EUGENE ALBERT HORSCH | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 19, 2026__ in the county of __Philadelphia__ in the __Eastern__ District of __Pennsylvania__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a felon |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
/s/ Curtis A. McRoy
*Complainant's signature*

Special Agent, Drug Enforcement Administration
*Printed name and title*

Sworn to before me and signed by telephone.

Date: __June 26, 2026__

_____
/s/ Craig M. Straw 6-26-2026
*Judge's signature*

City and state:          Philadelphia, Pennsylvania

Hon. Craig M. Straw, United States Magistrate Judge
*Printed name and title*