# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :

   v.                     :          **No. 2:26-cr-296-JMY**

EUGENE ALBERT HORSCH    :

## ORDER

**AND NOW**, this         day of              , 2026, IT IS HEREBY

**ORDERED** that the Unopposed Motion to Extend the Time to File Pretrial Motions is

**GRANTED**. Counsel has 30 days from July 23, 2026, to file pretrial motions and Pretrial

Motions must be filed on or before August 22, 2026.


BY THE COURT:


_____
                                       J.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

**v.**                       :              **No. 2:26-cr-296-JMY**

EUGENE ALBERT HORSCH        :

## <u>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS</u>

Eugene Horsch, by his attorney, Jerome M. Brown, Esquire, hereby moves this Honorable Court to extend the time to file Pretrial Motions for a period of thirty (30) days and, in support thereof, states the following:

1. Eugene Horsch was indicted on July 9, 2026.

2. By rule, Counsel has 14 days to file Pretrial Motions.

3. Counsel was on vacation commencing July 10, 2026, and did not return until July 27, 2026.

4. In the meantime, counsel's paralegal filed this Motion on July 14th but filed it under the Magistrate's number instead of the above-captioned number.

5. The filing of the motion was necessitated given counsel's vacation schedule and the fact he had not, and has not, had time to review all of the discovery and will need an additional 30 days upon his return to file any and all motions.

6. After filing the motion, during the week of July 20th, counsel's paralegal attempted to contact this Court's Courtroom Deputy Dedra Bannon, to determine the status of the Court's disposition of this motion.

7. Counsel's paralegal finally was able to speak with Ms. Brannan on July 27, 2026, and was advised that the motion was not addressed because it was improperly filed under the Magistrate's number.

8. Courtroom Deputy Dedra Brannan advised that the motion was filed under the Magistrate's docket 2:26-mj-01270 and to refile it under the criminal docket number.

9. Counsel has spoken to AUSA Justin Ashenfelter, Esquire, who does not oppose this request.

**WHEREFORE**, it is respectfully requested that this Honorable Court grant a thirty (30) day extension of time to file the Pretrial Motions until August 22, 2026.

Respectfully Submitted,

*/s/ Jerome M. Brown*
Jerome M. Brown, Esquire
Attorney for Eugene Horsch