# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

    v.     :     No. 2:26-cr-296-JMY

EUGENE ALBERT HORSCH     :


## ORDER

**AND NOW**, this 29th day of July, 2026, IT IS HEREBY **ORDERED** that the Unopposed Motion to Extend the Time to File Pretrial Motions is **GRANTED**. Counsel has 30 days from July 23, 2026, to file pretrial motions and Pretrial Motions must be filed on or before August 22, 2026.


BY THE COURT:


/s/ John Milton Younge
_____
                      J.