IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                       :              CRIMINAL ACTION

      v.                 :

                       :              No. 26-296-JMY

EUGENE ALBERT HORSCH
USM #74858-512
F. D. C. Philadelphia,
P. O. Box 562
Philadelphia, PA 19105

## **NOTICE OF HEARING**

        Take notice that the defendant is scheduled for a **Motions hearing** on **Tuesday, September 8, 2026 at 12:30 P.M**. before the **Honorable John Milton Younge** in **Courtroom 15-B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒  **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐  **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒  **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐  **Interpreter:** A       interpreter will be required for the defendant.

☐  **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:        Dedra Brannan, Courtroom Deputy to the Honorable John Milton Younge
            Phone: 267.299.7360

Date:      August 6, 2026

cc via U.S. Mail:    Defendant
cc via email:       Jerome M. Brown, Defense Counsel
                  Justin T. Ashenfelter, Assistant U.S. Attorney
                  Maureen McCartney, Assistant U.S. Attorney
                  U.S. Marshal
                  Court Security
                  Probation Office
                  Pretrial Services
                  Interpreter Coordinator

crnotice (July 2021)