**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **No. 2:26-cr-296-JMY** |
| **EUGENE ALBERT HORSCH** | : | |

**ORDER**

**AND NOW**, this day of , 2026, IT IS HEREBY **ORDERED** that the Unopposed Motion to continue the motions hearing and the trial is **GRANTED**. The Pretrial Motions hearing is continued until and the trial is continued until .

BY THE COURT:

________________________________ J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **No. 2:26-cr-296-JMY** |
| **EUGENE ALBERT HORSCH** | : | |

**UNOPPOSED MOTION TO CONTINUE THE HEARING ON PRETRIAL MOTION AND TRIAL**

Eugene Horsch, by his attorney, Jerome M. Brown, Esquire, hereby moves Honorable Court to continue the motions hearing and the trial in this matter and, in support thereof, states the following:

1. Eugene Horsch was arrested by complaint and warrant on June 26, 2026.
2. He was subsequently indicted and charged with multiple counts of weapons offenses on July 9., 2026.
3. The Court has scheduled the Pretrial Motions hearing for September 8, 2026, and the commencement of trial for September 22, 2026.
4. While the government has supplied significant amounts of discovery, counsel is still performing investigation in this matter and also pursuing potential plea negotiations with the government.
5. Given the fact that Petitioner was only so recently arrested, given counsel's extremely busy schedule most of which involves homicide cases, and the fact he will be on vacation the week before the date of the Pretrial Motions hearing, counsel has not been, nor will be, able to perform all the necessary investigation he needs to perform, and preparation for the hearing and trial in this short period of time, while still providing effective assistance of counsel for Mr. Horsch.

**6.** Counsel has spoken with AUSA Justin Ashenfelter who has no objection to this request.

WHEREFORE, it is respectfully requested that this Honorable Court continue both the Pretrial Motions Hearing and the trial for a minimum period of 75 days.

Respectfully Submitted,

***/s/ Jerome M. Brown***
Jerome M. Brown, Esquire
Attorney for Eugene Horsch