**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **No. 2:26-cr-296-JMY** |
| **EUGENE ALBERT HORSCH** | : | |

# ORDER

**AND NOW**, this day of , 2026, IT IS HEREBY **ORDERED** that the Unopposed Motion to Extend the Time to File Pretrial Motions is **GRANTED**. Counsel will file the motions 45 days before the new date that the Pretrial Motions Hearing is scheduled. That date will be

BY THE COURT:

____________________________________
J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**UNITED STATES OF AMERICA** :

**v.** : **No. 2:26-cr-296-JMY**

**EUGENE ALBERT HORSCH** :

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

Eugene Horsch, by his attorney, Jerome M. Brown, Esquire, hereby moves this Honorable Court to extend the time to file Pretrial Motions until 45 days before the newly scheduled date for the Pretrial Motions Hearing if the Court kindly grants that Motion for Continuance of the Pretrial Motions Hearing and the trial, and, in support thereof, states the following:

1. Eugene Horsch was indicted on July 9, 2026.
2. By rule, Counsel had 14 days to file Pretrial Motions and since Counsel was on vacation during the period when those motions were to be filed, the Court kindly granted an extension of time to file those motions until August 22, 2026. Since that date was a Saturday, the Motions are due to be filed on August 24, 2026. .
3. The filing of the motion was also necessitated because counsel needed additional time to review the discovery and then perform research prior to filing those motions. Due to Counsel's schedule, he still has not had the time to file said motions.
4. Given the fact that Petitioner was arrested relatively recently, given counsel's extremely busy schedule most of which involves homicide cases, and the fact he

had been on vacation for two weeks in July and will be taking another vacation the week of August 31st for health reasons, counsel has not been, nor will be, able to perform all the necessary investigation he needs to perform to file the Pretrial Motions by August 24th, while still providing the effective assistance of counsel for Mr. Horsch.

5. In addition, Counsel is still reviewing discovery and is in discussions with the Government as to whether a negotiated plea could be entered into, especially since this case has several potential complicating factors. Therefore, given counsel's extremely busy schedule, Petitioner is requesting additional time to file those motions and/or Memoranda in support thereof.
6. On August 21, 2026, Counsel also filed an unopposed Motion to Continue the trial and Pretrial Motions hearing, which was also unopposed by the Government, to allow further time to investigate and to engage in plea negotiations. It is hoped that the Court will grant that motion and then schedule the date for filing the pretrial motions 45 days before the Pretrial Motions Hearing is scheduled.
7. Counsel has spoken to AUSA Justin Ashenfelter, Esquire, who does not oppose this request or any other requests.

**WHEREFORE**, it is respectfully requested that this Honorable Court grant an extension to file Pretrial Motions until 45 days before the newly scheduled date of the Pretrial Motions Hearing and the trial, if the Court kindly grants same.

Respectfully Submitted,

***/s/ Jerome M. Brown***
Jerome M. Brown, Esquire
Attorney for Eugene Horsch