**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **vs.** | : | **No. 26-cr-296-JMY-1** |
| | : | |
| **EUGENE ALBERT HORSCH** | : | |

**ORDER**

**AND NOW**, this 25th day of August, 2026, upon consideration of the Motion for Return of Property/PreTrial filed by the Defendant (ECF No. 16), it is hereby **ORDERED** that the Government shall file a written response to Defendant's Motion within fourteen days of the date that this Order is entered on the docket.

**IT IS SO ORDERED**.

**BY THE COURT:**

***/s/ Honorable John Milton Younge***
**JOHN MILTON YOUNGE, J.**