IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 2:26-296-JMY |
| EUGENE ALBERT HORSCH<br>USM #74858-512<br>F. D. C. Philadelphia,<br>P. O. Box 562<br>Philadelphia, PA 19105 | | |

**AMENDED NOTICE OF HEARING**

Take notice that the defendant is scheduled for a **Motions hearing** on **Tuesday, November 3, 2026 at 12:30 P.M**. before the **Honorable John Milton Younge** in **Courtroom 15-B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☐ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A interpreter will be required for the defendant.

☒ **Hearing rescheduled from: Tuesday, September 8, 2026 @ 12:30 p.m.**

For additional information, please contact the undersigned.

By: Dedra Brannan, Courtroom Deputy to the Honorable John Milton Younge
Phone: 267.299.7360

Date: August 26, 2026

cc via U.S. Mail: Defendant
cc via email: Jerome M. Brown, Defense Counsel
Justin T. Ashenfelter, Assistant U.S. Attorney
Maureen McCartney, Assistant U.S. Attorney
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator

crnotice (July 2021)