**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**v.**<br><br>**EUGENE ALBERT HORSCH** | **No. 2:26-cr-296-JMY** |

## DECLARATION OF VICKI L. RASHID

1. I, Vicki L. Rashid, hereby declare that I am the Forfeiture Counsel of the Drug Enforcement Administration (DEA), United States Department of Justice, and in that capacity supervise forfeiture activities within the DEA.

2. I affirm that, in the course of my official duties as Forfeiture Counsel of the DEA, I supervise and monitor the forfeiture activities of DEA field offices and receive reports and inquiries from those field offices regarding all facets of forfeiture matters.

3. I declare that material related to the property, which is the subject matter of a motion filed in the above-captioned action, is contained in one (1) file of my office.

4. The file captioned as DEA Case No. **CK-26-0049** and Asset Identification No. **26-DEA-002579** contains the following information:

(a) Asset ID Number **26-DEA-002579** represents a 2023 BMW 530xe, VIN Number: WBA33AG0P seized on June 19, 2026, from Eugene Horsch in Philadelphia, Pennsylvania. The Philadelphia, Pennsylvania DEA Field Office subsequently prepared and submitted a forfeiture report to this office. An attorney or paralegal reviewed this report to determine if the DEA field office provided adequate information to support administrative forfeiture proceedings against the property. This process included a legal review of the evidence that existed to seize the 2023 BMW 530xe, VIN Number: WBA33AG0P. Based on this thorough review, the DEA accepted this case for administrative forfeiture.

(b) On July 22, 2026, pursuant to 19 U.S.C. § 1607(a) and 18 U.S.C. § 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, and first-class mail to Eugene Horsch, c/o Jerome M. Brown, Esq., Jerome M. Brown, Esquire, 1628 JFK Boulevard, Suite 1000,

Philadelphia, PA 19103 (Exhibit 1). On July 30, 2026, an individual signing in the "Signature" block accepted delivery of this notice (Exhibit 2). The first-class mail notice letter was not returned to DEA.

(c) On July 22, 2026, pursuant to 19 U.S.C. § 1607(a) and 18 U.S.C. § 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Eugene Horsch, Prisoner ID No. 74858-512, FDC Philadelphia, P.O. Box 562, Philadelphia, PA 19105 (Exhibit 3). Due to DEA not receiving back the return receipt, a check through USPS.com was performed and stated "Delivered, Individual Picked Up at Post Office" at 4:59 pm on August 11, 2026, in Philadelphia, PA 19105 (Exhibit 4).

(d) On July 22, 2026, pursuant to 19 U.S.C. § 1607(a) and 18 U.S.C. § 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, and first-class mail, to Eugene Horsch, 417 West Chew Avenue, Philadelphia, PA 19120 (Exhibit 5). Due to DEA not receiving back the return receipt, a check through USPS.com was performed and stated "Notice Left (No Authorized Recipient Available)" at 2:15 pm on July 25, 2026, in Philadelphia, PA 19120 (Exhibit 6). The first-class mail notice letter was not returned to DEA.

(e) On July 22, 2026, pursuant to 19 U.S.C.

§ 1607(a) and 18 U.S.C. § 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, and first-class mail, to Amber Tressler, 9105 Diplomat Place, Philadelphia, PA 19115 (Exhibit 7). Due to DEA not receiving back the return receipt, a check through USPS.com was performed and stated "Your item arrived at our USPS facility in Philadelphia PA Distribution Center on July 23, 2026, at 1:25 pm. The item is currently in transit to the destination" (Exhibit 8). The first-class notice letter was not returned to DEA.

(f) Pursuant to the Consolidation of Seizure and Forfeiture Regulations, 28 C.F.R. § 8.9(a), the DEA posted notice of the seizure of the property on Forfeiture.gov, an official internet government forfeiture website, for a period of 30 consecutive days beginning on August 3, 2026, and ending on September 1, 2026, (Exhibit 9). The internet posting and mailed notices explained the option of filing a claim with the DEA Forfeiture Counsel in order to contest the forfeiture action in United States District Court. Pursuant to 18 U.S.C. § 983(a), the mailed notices stated that the deadline to file a claim was August 26, 2026. If the mailed notice was not received, the internet posting stated that the deadline to file a claim is October 2, 2026. In addition, the internet posting

and mailed notices explained the option of filing a petition for remission or mitigation of forfeiture.

As of September 2, 2026, there have not been any timely claims received or petitions filed for this asset.

I declare under penalty of perjury that foregoing is true and correct to the best of my knowledge and belief.

Executed this 3Rd day of September 2026.

Vicki L. Rashid
Forfeiture Counsel
Asset Forfeiture Section
Drug Enforcement Administration
8701 Morrissette Drive
Springfield, VA 22152

Attachments: Exhibits 1-9

U.S. Department of Justice

Drug Enforcement Administration

Eugene Horsch
c/o Jerome M. Brown Esq.
Jerome M. Brown, Esquire
1628 JFK Boulevard
Suite 1000
Philadelphia, PA 19103

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| | |
|---|---|
| **Notice Date:** July 22, 2026 | **Asset ID Number:** 26-DEA-002579 |
| **Notice Letter ID:** 751515 (use ID when searching for assets during online filing) | |
| **Description of Seized Property:** 2023 BMW 530xe, Valued at $29,700.00, VIN: WBA33AG0P | |
| **Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on June 19, 2026 by the DEA at Philadelphia, Pennsylvania. | |
| **Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 21 U.S.C. 881 and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9. | |

**I. THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.**

**TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION**

A. **What to File**: You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.

B. **To File a Petition:** A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Drug Enforcement Administration (DEA), Forfeiture Counsel, Asset Forfeiture Section 8701 Morrissette Drive, Springfield, VA 22152. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice. *See* 28 C.F.R. Parts 8 and 9.

C. **Requirements for Petition:** The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. § 1746.

D. **Petition Forms:** A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm. If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.

F. **No Attorney Required:** You do not need an attorney to file a petition. You may, however, hire an attorney to represent you in filing a petition.

G. **Petition Granting Authority:** The ruling official in administrative forfeiture cases is the Forfeiture Counsel. The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice. *See* 28 C.F.R. § 9.1.

H. **Regulations for Petition:** The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.

I. **Penalties for Filing False or Frivolous Petitions:** A petition containing false information may subject the petitioner to criminal prosecution under 18 U.S.C. § 1001 and 18 U.S.C. § 1621.

Exhibit 1

J. **Online Petition Exclusions:** If you cannot find the desired assets online, you must file your petition in writing at the address listed above. For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

## II. TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.

*If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

A. **To File a Claim:** A claim must be filed to contest the forfeiture. A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the DEA, Forfeiture Counsel, Asset Forfeiture Section 8701 Morrissette Drive, Springfield, VA 22152.

B. **Time Limits**: A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST** on **August 26, 2026**. *See* 18 U.S.C. § 983(a)(2). A claim is deemed filed on the date received by the agency at the address listed above.

C. **Requirements for Claim**: A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.

D. **Claim Forms**: A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm. *See* 18 U.S.C. § 983(a)(2)(D). If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.

F. **No Attorney Required**: You do not need an attorney to file a claim. You may, however, hire an attorney to represent you in filing a claim.

G. **When You File a Claim**: A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings. You may also file a petition for remission or mitigation.

H. **Penalties for Filing False or Frivolous Claims:** If you intentionally file a frivolous claim you may be subject to a civil fine. *See* 18 U.S.C. § 983(h). If you intentionally file a claim containing false information, you may be subject to criminal prosecution. *See* 18 U.S.C. § 1001.

I. **If No Claim is Filed**: Failure to file a claim by **11:59 PM EST** on **August 26, 2026** may result in the property being forfeited to the United States.

J. **Online Claim Exclusions:** If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above. For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

## III. TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP

A. **Hardship Release**: Upon the filing of a proper claim, a claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the claimant is able to meet specific conditions. *See* 18 U.S.C. § 983(f); 28 C.F.R. § 8.15.

B. **To File Hardship Release:** The hardship request cannot be filed online and must be in writing. The claimant must establish the following:

- Claimant has a possessory interest in the property;
- Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
- Government's continued possession will cause a substantial hardship to the claimant.

C. **Regulations for Hardship:** A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15. Some assets are not eligible for release.

Exhibit 2

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Asset ID: 26-DEA-00250

Eugene Horsch
c/o Jerome M. Brown Esq.
Jerome M. Brown, Esquire
1628 JFK Boulevard
Suite 1000
Philadelphia, PA 19103

9590 9402 0011 6058 5864 46

2. Article Number *(Transfer from service label)*

9589 0710 5270 4388 8150 48

PS Form 3811, July 2020 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X Pullins

☒ Agent
☐ Addressee

B. Received by *(Printed Name)* Pullins

C. Date of Delivery 07/30/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Mail Restricted Delivery
500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

1625

Domestic Return Receipt

USPS TRACKING #

PHILADELPHIA PA 190

9590 9402 0011 6058 5864 46

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

RECEIVED
AUG 04 20
THIS PARCEL HAS BEEN XRAYED

• Sender: Please print your name, address, and ZIP+4® in this box•

Drug Enforcement Administration
Forfeiture Counsel
Asset Forfeiture Section
HQs Forfeiture Response
8701 Morrissette Drive
Springfield, VA 22152

26-002579-001

E

U.S. Department of Justice

Drug Enforcement Administration

Eugene Horsch, Prisoner ID No. 74858-512
FDC Philadelphia
P.O. Box 562
Philadelphia, PA 19105

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| | |
|---|---|
| **Notice Date:** July 22, 2026 | **Asset ID Number:** 26-DEA-002579 |
| **Notice Letter ID:** 751516 (use ID when searching for assets during online filing) | |
| **Description of Seized Property:** 2023 BMW 530xe, Valued at $29,700.00, VIN: WBA33AG0P | |
| **Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on June 19, 2026 by the DEA at Philadelphia, Pennsylvania. | |
| **Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 21 U.S.C. 881 and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9. | |

I. **THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.**

**TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION**

A. **What to File**: You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.
B. **To File a Petition:** A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Drug Enforcement Administration (DEA), Forfeiture Counsel, Asset Forfeiture Section 8701 Morrissette Drive, Springfield, VA 22152. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice. *See* 28 C.F.R. Parts 8 and 9.
C. **Requirements for Petition:** The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. § 1746.
D. **Petition Forms:** A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm. If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.
E. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.
F. **No Attorney Required:** You do not need an attorney to file a petition. You may, however, hire an attorney to represent you in filing a petition.
G. **Petition Granting Authority:** The ruling official in administrative forfeiture cases is the Forfeiture Counsel. The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice. *See* 28 C.F.R. § 9.1.
H. **Regulations for Petition:** The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.
I. **Penalties for Filing False or Frivolous Petitions:** A petition containing false information may subject the petitioner to criminal prosecution under 18 U.S.C. § 1001 and 18 U.S.C. § 1621.

Exhibit 3

J. **Online Petition Exclusions:** If you cannot find the desired assets online, you must file your petition in writing at the address listed above. For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

## II. TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.

*If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

A. **To File a Claim:** A claim must be filed to contest the forfeiture. A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the DEA, Forfeiture Counsel, Asset Forfeiture Section 8701 Morrissette Drive, Springfield, VA 22152.

B. **Time Limits**: A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST** on **August 26, 2026**. *See* 18 U.S.C. § 983(a)(2). A claim is deemed filed on the date received by the agency at the address listed above.

C. **Requirements for Claim**: A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.

D. **Claim Forms**: A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm. *See* 18 U.S.C. § 983(a)(2)(D). If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.

F. **No Attorney Required**: You do not need an attorney to file a claim. You may, however, hire an attorney to represent you in filing a claim.

G. **When You File a Claim**: A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings. You may also file a petition for remission or mitigation.

H. **Penalties for Filing False or Frivolous Claims:** If you intentionally file a frivolous claim you may be subject to a civil fine. *See* 18 U.S.C. § 983(h). If you intentionally file a claim containing false information, you may be subject to criminal prosecution. *See* 18 U.S.C. § 1001.

I. **If No Claim is Filed**: Failure to file a claim by **11:59 PM EST** on **August 26, 2026** may result in the property being forfeited to the United States.

J. **Online Claim Exclusions:** If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above. For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

## III. TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP

A. **Hardship Release**: Upon the filing of a proper claim, a claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the claimant is able to meet specific conditions. *See* 18 U.S.C. § 983(f); 28 C.F.R. § 8.15.

B. **To File Hardship Release:** The hardship request cannot be filed online and must be in writing. The claimant must establish the following:
- Claimant has a possessory interest in the property;
- Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
- Government's continued possession will cause a substantial hardship to the claimant.

C. **Regulations for Hardship:** A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15. Some assets are not eligible for release.

ALERT: IMPACTS FROM TROPICAL STORM EDOUARD IN THE GULF REGION, AND FLOODING ...

# USPS Tracking®

FAQs >

Tracking Number:

Remove ×

**9589071052704388815031**

Copy    Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 4:59 pm on August 11, 2026 in PHILADELPHIA, PA 19105.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## Delivered

**Delivered, Individual Picked Up at Post Office**

PHILADELPHIA, PA 19105
August 11, 2026 4:59 PM

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

See Less

Exhibit 4

**U.S. Department of Justice**

Drug Enforcement Administration

Eugene Horsch
417 West Chew Avenue
Philadelphia, PA 19120

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| | |
|---|---|
| **Notice Date:** July 22, 2026 | **Asset ID Number:** 26-DEA-002579 |
| **Notice Letter ID:** 751517 (use ID when searching for assets during online filing) | |
| **Description of Seized Property:** 2023 BMW 530xe, Valued at $29,700.00, VIN: WBA33AG0P | |
| **Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on June 19, 2026 by the DEA at Philadelphia, Pennsylvania. | |
| **Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 21 U.S.C. 881 and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9. | |

I. **THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.**

**TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION**

A. **What to File**: You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.
B. **To File a Petition:** A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Drug Enforcement Administration (DEA), Forfeiture Counsel, Asset Forfeiture Section 8701 Morrissette Drive, Springfield, VA 22152. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice. *See* 28 C.F.R. Parts 8 and 9.
C. **Requirements for Petition:** The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. § 1746.
D. **Petition Forms:** A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm. If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.
E. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.
F. **No Attorney Required:** You do not need an attorney to file a petition. You may, however, hire an attorney to represent you in filing a petition.
G. **Petition Granting Authority:** The ruling official in administrative forfeiture cases is the Forfeiture Counsel. The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice. *See* 28 C.F.R. § 9.1.
H. **Regulations for Petition:** The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.
I. **Penalties for Filing False or Frivolous Petitions:** A petition containing false information may subject the petitioner to criminal prosecution under 18 U.S.C. § 1001 and 18 U.S.C. § 1621.
J. **Online Petition Exclusions:** If you cannot find the desired assets online, you must file your petition in writing at the address listed above. For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

**Exhibit 5**

## II. TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.

*If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

A. **To File a Claim:** A claim must be filed to contest the forfeiture. A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the DEA, Forfeiture Counsel, Asset Forfeiture Section 8701 Morrissette Drive, Springfield, VA 22152.

B. **Time Limits**: A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST** on **August 26, 2026**. *See* 18 U.S.C. § 983(a)(2). A claim is deemed filed on the date received by the agency at the address listed above.

C. **Requirements for Claim**: A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.

D. **Claim Forms**: A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm. *See* 18 U.S.C. § 983(a)(2)(D). If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.

F. **No Attorney Required**: You do not need an attorney to file a claim. You may, however, hire an attorney to represent you in filing a claim.

G. **When You File a Claim**: A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings. You may also file a petition for remission or mitigation.

H. **Penalties for Filing False or Frivolous Claims:** If you intentionally file a frivolous claim you may be subject to a civil fine. *See* 18 U.S.C. § 983(h). If you intentionally file a claim containing false information, you may be subject to criminal prosecution. *See* 18 U.S.C. § 1001.

I. **If No Claim is Filed**: Failure to file a claim by **11:59 PM EST** on **August 26, 2026** may result in the property being forfeited to the United States.

J. **Online Claim Exclusions:** If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above. For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

## III. TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP

A. **Hardship Release**: Upon the filing of a proper claim, a claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the claimant is able to meet specific conditions. *See* 18 U.S.C. § 983(f); 28 C.F.R. § 8.15.

B. **To File Hardship Release:** The hardship request cannot be filed online and must be in writing. The claimant must establish the following:
- Claimant has a possessory interest in the property;
- Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
- Government's continued possession will cause a substantial hardship to the claimant.

C. **Regulations for Hardship:** A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15. Some assets are not eligible for release.

ALERT: IMPACTS FROM TROPICAL STORM EDOUARD IN THE GULF REGION, AND FLOODING ...

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

**9589071052704388815000**

Copy Add to Informed Delivery

## Latest Update

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

## Delivery Attempt

**Reminder to Schedule Redelivery of your item**

July 30, 2026

**Notice Left (No Authorized Recipient Available)**

PHILADELPHIA, PA 19120

July 25, 2026 2:15 PM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

Exhibit 6

**U.S. Department of Justice**

Drug Enforcement Administration

Amber Tressler
9105 Diplomat Place
Philadelphia, PA 19115

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| | |
|---|---|
| **Notice Date:** July 22, 2026 | **Asset ID Number:** 26-DEA-002579 |
| **Notice Letter ID:** 751518 (use ID when searching for assets during online filing) | |
| **Description of Seized Property:** 2023 BMW 530xe, Valued at $29,700.00, VIN: WBA33AG0P | |
| **Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on June 19, 2026 by the DEA at Philadelphia, Pennsylvania. | |
| **Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 21 U.S.C. 881 and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9. | |

I. **THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.**

**TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION**

A. **What to File**: You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.
B. **To File a Petition:** A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Drug Enforcement Administration (DEA), Forfeiture Counsel, Asset Forfeiture Section 8701 Morrissette Drive, Springfield, VA 22152. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice. *See* 28 C.F.R. Parts 8 and 9.
C. **Requirements for Petition:** The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. § 1746.
D. **Petition Forms:** A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm. If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.
E. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.
F. **No Attorney Required:** You do not need an attorney to file a petition. You may, however, hire an attorney to represent you in filing a petition.
G. **Petition Granting Authority:** The ruling official in administrative forfeiture cases is the Forfeiture Counsel. The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice. *See* 28 C.F.R. § 9.1.
H. **Regulations for Petition:** The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.
I. **Penalties for Filing False or Frivolous Petitions:** A petition containing false information may subject the petitioner to criminal prosecution under 18 U.S.C. § 1001 and 18 U.S.C. § 1621.
J. **Online Petition Exclusions:** If you cannot find the desired assets online, you must file your petition in writing at the address listed above. For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

**Exhibit 7**

## II. TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.

*If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

A. **To File a Claim:** A claim must be filed to contest the forfeiture. A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the DEA, Forfeiture Counsel, Asset Forfeiture Section 8701 Morrissette Drive, Springfield, VA 22152.

B. **Time Limits**: A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST** on **August 26, 2026**. *See* 18 U.S.C. § 983(a)(2). A claim is deemed filed on the date received by the agency at the address listed above.

C. **Requirements for Claim**: A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.

D. **Claim Forms**: A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm. *See* 18 U.S.C. § 983(a)(2)(D). If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.

F. **No Attorney Required**: You do not need an attorney to file a claim. You may, however, hire an attorney to represent you in filing a claim.

G. **When You File a Claim**: A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings. You may also file a petition for remission or mitigation.

H. **Penalties for Filing False or Frivolous Claims:** If you intentionally file a frivolous claim you may be subject to a civil fine. *See* 18 U.S.C. § 983(h). If you intentionally file a claim containing false information, you may be subject to criminal prosecution. *See* 18 U.S.C. § 1001.

I. **If No Claim is Filed**: Failure to file a claim by **11:59 PM EST** on **August 26, 2026** may result in the property being forfeited to the United States.

J. **Online Claim Exclusions:** If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above. For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

## III. TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP

A. **Hardship Release**: Upon the filing of a proper claim, a claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the claimant is able to meet specific conditions. *See* 18 U.S.C. § 983(f); 28 C.F.R. § 8.15.

B. **To File Hardship Release:** The hardship request cannot be filed online and must be in writing. The claimant must establish the following:
- Claimant has a possessory interest in the property;
- Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
- Government's continued possession will cause a substantial hardship to the claimant.

C. **Regulations for Hardship:** A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15. Some assets are not eligible for release.

ALERT: IMPACTS FROM TROPICAL STORM EDOUARD IN THE GULF REGION, AND FLOODING ...

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052704388815024

Copy    Add to Informed Delivery

### Latest Update

Your item arrived at our USPS facility in PHILADELPHIA PA DISTRIBUTION CENTER on July 23, 2026 at 1:25 pm. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

**Delivered**

**Out for Delivery**

**Preparing for Delivery**

### On the Way

**Arrived at USPS Facility**

PHILADELPHIA PA DISTRIBUTION CENTER
July 23, 2026 1:25 PM

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

Exhibit 8

## Advertisement Certification Report

The internet advertisement was available on the www.forfeiture.gov web site for at least 18 hours per day between August 03, 2026 and September 01, 2026. Below is a summary report that identifies the results of the web monitoring system's daily check that verifies the advertisement was available each day.

**Ad Code: DEA1925**
**For Asset ID: 26-DEA-002579**

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Verification that Advertisement existed on Web Site |
|---|---|---|
| 1 | 08/03/2026 | Verified |
| 2 | 08/04/2026 | Verified |
| 3 | 08/05/2026 | Verified |
| 4 | 08/06/2026 | Verified |
| 5 | 08/07/2026 | Verified |
| 6 | 08/08/2026 | Verified |
| 7 | 08/09/2026 | Verified |
| 8 | 08/10/2026 | Verified |
| 9 | 08/11/2026 | Verified |
| 10 | 08/12/2026 | Verified |
| 11 | 08/13/2026 | Verified |
| 12 | 08/14/2026 | Verified |
| 13 | 08/15/2026 | Verified |
| 14 | 08/16/2026 | Verified |
| 15 | 08/17/2026 | Verified |
| 16 | 08/18/2026 | Verified |
| 17 | 08/19/2026 | Verified |
| 18 | 08/20/2026 | Verified |
| 19 | 08/21/2026 | Verified |
| 20 | 08/22/2026 | Verified |
| 21 | 08/23/2026 | Verified |
| 22 | 08/24/2026 | Verified |
| 23 | 08/25/2026 | Verified |
| 24 | 08/26/2026 | Verified |
| 25 | 08/27/2026 | Verified |
| 26 | 08/28/2026 | Verified |
| 27 | 08/29/2026 | Verified |
| 28 | 08/30/2026 | Verified |
| 29 | 08/31/2026 | Verified |
| 30 | 09/01/2026 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

**Exhibit 9**

**LEGAL NOTICE**
**ATTENTION**

The Drug Enforcement Administration (DEA) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:** The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture. You may file both a claim and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court. The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition need not be made in any particular form and may be filed online or in writing. You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online. If you cannot find the desired assets online, you must file your petition in writing. This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:** You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply. A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746. A claim need not be made in any particular form and may be filed online or in writing. *See* 18 U.S.C. Section 983(a)(2)(D). Claims must be sent to the DEA pursuant to the instructions shown in this notice. The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online. If you cannot find the desired assets online, you must file your claim in writing. This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:** Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions. *See* 18 U.S.C. Section 983(f). The hardship request cannot be filed online and must be in writing. The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant. A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15. Some assets are not eligible for hardship release.

Submit all documents to the Drug Enforcement Administration, Forfeiture Counsel, Asset Forfeiture Section, 8701 Morrissette Drive, Springfield, VA 22152.

**LAST DATE TO FILE: 10/02/2026**

**EASTERN DISTRICT OF PENNSYLVANIA**
**26-DEA-002579:** 2023 BMW 530xe, VIN: WBA33AG0P, valued at $29,700.00, seized by the DEA on June 19, 2026 from Eugene Horsch in Philadelphia, PA for forfeiture pursuant to 21 U.S.C. 881.