**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**UNITED STATES OF AMERICA** :

**v.** : **No. 2:26-cr-296-JMY**

**EUGENE ALBERT HORSCH** :

**ORDER**

**AND NOW**, this day of , 2026, IT IS HEREBY **ORDERED** that the Unopposed Motion to Extend the Time to File Pretrial Motions is **GRANTED**. Counsel will file the motions 60 days before the new date that the Pretrial Motions Hearing is scheduled. That date will be . The trial in this matter is also continued to .

BY THE COURT:

____________________________________
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **No. 2:26-cr-296-JMY** |
| **EUGENE ALBERT HORSCH** | : | |

**UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS AND CONTINUANCE OF TRIAL**

Eugene Horsch, by his attorney, Jerome M. Brown, Esquire, hereby moves this Honorable Court to extend the time to file Pretrial Motions for a period of 60 days as well as to continue the date for the pretrial motions hearing and trial, and, in support thereof, states the following:

1. Eugene Horsch was indicted on July 9, 2026.
2. The Court has previously continued the time for filing the pretrial motions until September 18, 2026, and also continued the date for the pretrial motions hearings as well as the trial.
3. Due to Counsel's busy trial calendar including the filing of briefs in the Superior Court of Pennsylvania in two homicide cases which briefs are due on September 18, 2026, and September 23, 2026, and after recent discussions with the Government, counsel needs to perform further research which may very well lead to a non-trial disposition.
4. Counsel has spoken to AUSA Justin Ashenfelter, Esquire, who does not oppose the request to extend the time for filing pretrial motions, the pretrial motions hearing and the trial date.

**WHEREFORE**, it is respectfully requested that this Honorable Court grant an extension of time to file Pretrial Motions for a period of 60 days and concomitantly continue the pretrial motions hearing and the trial date.

Respectfully Submitted,

***/s/ Jerome M. Brown***
Jerome M. Brown, Esquire
Attorney for Eugene Horsch