**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | | |
| *Plaintiff* | : | Case No. 26-cr-296-1-JMY |
| v. | : | |
| **EUGENE ALBERT HORSCH,** | : | |
| *Defendant* | : | |

**ORDER**

**AND NOW**, this 22nd day of September, 2026, it is hereby **ORDERED** that the Motions Hearing in the above-captioned matter, scheduled for Tuesday, November 3, 2026 at 12:30 P.M. is **CANCELED UNTIL FURTHER NOTICE**.

**BY THE COURT:**

*/s/ John Milton Younge*

Judge John Milton Younge