**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **vs.** | : | **No. 26-cr-296-JMY-1** |
| | : | |
| **EUGENE ALBERT HORSCH** | : | |

**THIRD AMENDED SCHEDULING ORDER**

**AND NOW**, this 29th day of September, 2026, it is **ORDERED** as follows:

1. This matter is listed for trial on **Monday, March 22, 2027, at 9:30 a.m.**, in **Courtroom 15B**, **15th Floor,** United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

2. No later than **Monday, December 7, 2026**, the Parties shall file pretrial motions – all *motions in limine*, motions to suppress evidence and *Starks* or *Daubert* motions. The Parties shall respond to such motions no later than **Monday, December 14, 2026**.

3. No later than **Monday, February 22, 2027,** the Parties shall file pretrial memorandum, proposed jury instructions, verdict slip, *voir dire,* witness list, and exhibit list.

4. In the event a Party intends to call an expert witness at trial, the Party shall deliver to the opposing Party a written summary describing the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications no later than 20 days before trial.

5. A hearing on all motions *in limine*, motions to suppress and any *Starks* or *Daubert* motions, will be held on **Tuesday, January 5, 2027, at 10:00 a.m.** in Courtroom **15B**, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

6. Any motion for continuance of trial must be filed no later than 14 days prior to the trial date. Absent exceptional circumstances, no application for a continuance filed after this time will be entertained.

**IT IS SO ORDERED**.

**BY THE COURT:**

***/s/ Honorable John Milton Younge***
**JOHN MILTON YOUNGE, J.**